SILAS B. MOORE, Respondent, *v.* STEPHEN HOYT et al., Appellants.

*Moore* v. *Hoyt,* 95 App. Div. 620, affirmed.
(Argued January 30, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 24, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Richard L. Hand* and *Robert Dornburgh* for appellants.

*J. Sanford Potter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not voting: CULLEN, Ch. J. Not sitting: CHASE, J.